UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**  PLAINTIFF

VS.  CRIMINAL ACTION NUMBER: 3:13CR-174-JHM

**CHAD MICHAEL WHOBREY**  DEFENDANT

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Mac Shannon, Assistant United States Attorney. The proceedings were recorded by Alan W. Wernecke, Official Court Reporter. The defendant, Chad Michael Whobrey, by consent with Richard Earl Cooper, appointed counsel, appeared in open court on June 27, 2014, and entered a plea of guilty as to Count One of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count One of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count One in the Indictment and have sentence imposed accordingly.

By separate Order of the Court, sentencing will be set for Tuesday, October 14, 2014 at 11:30 a.m. before the Honorable Joseph H. McKinley, Jr., Chief United States District Court Judge.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS HEREBY ORDERED** that the defendant is to remain under the terms and conditions of his present bond pending further order of the Court.

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

25